# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-15-00679-CV

---

**E. K., Appellant**

**v.**

**A. M. J., Appellee**

---

### FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
### NO. C2015-0659A, HONORABLE JACK H. ROBISON, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on November 2, 2015. By request to this Court dated November 6, 2015, Mary Scopas requested an extension of time.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Mary Scopas is hereby ordered to file the reporter's record in this case on or before November 16, 2015. If the record is not filed by that date, Scopas may be required to show cause why she should not be held in contempt of court.

It is ordered on November 10, 2015.

Before Chief Justice Rose, Justices Pemberton and Field